UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JON R. DEUTSCH | § § | CIVIL ACTION NO. 1:16-CV-377-LY |
| **Plaintiff** | § § | |
| VS. | § § | |
| PEVETO COMPANIES, LTD. | § § | |
| **Defendant** | § | |

## AGREED MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT WITH PREJUDICE

Plaintiff, Jon R. Deutsch, ("**Plaintiff**"), and Defendant, PEVETO COMPANIES, LTD., ("**Defendant**") file this Agreed Motion to Dismiss Plaintiff's Claims Against Defendant with Prejudice, and would respectfully show unto the Court as follows:

1. Plaintiff and Defendant have resolved the issues underlying the instant case.

2. Additionally, these parties move this Court to enter an Order discharging Defendant from any further liability to Plaintiff arising out of this proceeding. In addition, these parties move this Court to enter an Order discharging Plaintiff from any further liability to Defendant arising out of this proceeding.

3. The parties agree to the form of the attached Order and respectfully ask that it be signed by the Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant request that this Court enter an agreed Order dismissing all of Plaintiff's claims against Defendant with prejudice, and that all costs of Court be taxed against the party incurring same.

Dated: NOVEMBER 6, 2017

Respectfully submitted,

McClenahan Law Firm, PLLC
14603 Huebner Road, Building 32
San Antonio, Texas 78230
Telephone: (210) 525-9600
Facsimile: (210) 525-9602

By: _____
BARRY A. McCLENAHAN
State Bar No. 13404400
barry@mcclenahanlawfirm.com
**ATTORNEY FOR DEFENDANT**

The Rosales Law Firm, LLC
P.O. Box 6429
Austin, Texas 78762-6429
Telephone: (512) 520-4919
Facsimile: (512) 309-5360

By: _____
OMAR W. ROSALES
State Bar No. 24053450
omar@owrosales.com
**ATTORNEY FOR PLAINTIFF**

CERTIFICATE OF CONFERENCE

I, BARRY A. McCLENAHAN, hereby certify that on NOVEMBER 6, 2017, I conferred with Plaintiff's Counsel on this matter, and the Plaintiff is AGREED to this Motion.

/s/ Barry A. McClenahan
Barry A. McClenahan

CERTIFICATE OF SERVICE

I, BARRY A. McCLENAHAN, hereby certify that on NOVEMBER 6, 2017 an electronic copy of this filing was served upon all counsel of record via the TXW/USDC Electronic Case Filing System. I also certify that an additional electronic copy was sent to defendant via email.

/s/ Barry A. McClenahan
Barry A. McClenahan