FILED
2017 NOV 21  PM 12: 23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JON R. DEUTSCH | § § § | CIVIL ACTION NO. 1:16-CV-377-LY |
| **Plaintiff** | § § | |
| VS. | § § § | |
| PEVETO COMPANIES, LTD. | § § | |
| **Defendant** | § | |

### ORDER OF DISMISSAL WITH PREJUDICE
### OF ALL CLAIMS AGAINST DEFENDANT

On this day came on for consideration the Agreed Motion to Dismiss with Prejudice of All Claims Against Defendant PEVETO COMPANIES, LTD., in the above-styled and numbered case. The Court, having considered the Motion on file and the arguments of counsel, is of the opinion that said Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all claims brought by Plaintiff, Jon R. Deutsch ("**Plaintiff**"), against Defendant, PEVETO COMPANIES, LTD., ("**Defendant**") are DISMISSED WITH PREJUDICE. In addition, all claims brought by Defendant, PEVETO COMPANIES, LTD., ("**Defendant**") against Plaintiff, Jon R. Deutsch ("**Plaintiff**"), are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED and DECREED, that Defendant is hereby discharged from any further liability to Plaintiff arising out of the above-captioned action. In addition, Plaintiff is hereby discharged from any further liability to Defendant arising out of the above-captioned action.

IT IS FURTHER ORDERED, ADJUDGED and DECREED, that all attorney's fees and costs will be borne by the party incurring same.

All relief not expressly granted herein is denied.

SIGNED on the 21st day of November, 2017.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE