IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JON R. DEUTSH, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-16-CV-377-LY |
| | § | |
| PEVETO COMPANIES, LTD., | § | |
|     DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On November 17, 2017, the parties filed an Agreed Motion to Dismiss Plaintiff's Claims Against Defendant with Prejudice (Doc. #7), which the court granted by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this __21st__ day of November, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE